INSD Pro Se Blank Filing (caption and certificate of service) 4/19

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

FILED
9:30 am, May 05, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

PIERRE Q PULLINS
*Plaintiff(s)*

Case No. 1:20-cv-01311-JRS-MJD

-v-

MYLA ELDRIDGE, In her Capacity of Secretary, MARION COUNTY ELECTION BOARD and INDIANA ELECTION COMMISSION MARION COUNTY CLERK, CITY OF INDIANAPOLIS, STATE OF ~~INDIANA~~
*Defendant*

Jury Demanded

COMPLAINT FOR ELECTION FRAUD
(Title your document on this line.)

I am the (plaintiff)/defendant (circle one) in this case and I state as follows:

That from 2006 thru to May 8 2018 the ~~PSR~~ Plaintiff believes and alleges the past clerks of the Marion County Clerk's office, and the present clerk, Myla Eldridge, has falsified the election result totals for the Plaintiff and possibly other candidates. As of the filing of this complaint (5/4/20) the 2006 election result totals have been removed from the Board's website. Pullins believe the election result totals for 2006 have been removed as a

INSD Pro Se Blank Filing (caption and certificate of service) 4/19

result of the election fraud complaint he filed with the Board. The Board never acknowledged Pullins complaint. Pullins believes all clerks from 2006 to the present, falsified his election result totals. The election result totals concern an election for federal office.

Date: 5/4/2020

Signed: *Pam Pullin*
Filing party

Address and Telephone Number:

6120 Westlake Dr N Apt B
Indpls, IN 46224
317 797 7190

## CERTIFICATE OF SERVICE

I certify that a copy of this document _____
(fill in name of your document)

has been mailed, postage prepaid, upon (insert names and addresses of other parties in space provided):