UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
2:50 pm, Nov 02, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| PIERRE Q. PULLINS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MYLA ELDRIDGE, )<br>In her capacity of Secretary, )<br>MARION COUNTY ELECTION BOARD, )<br>MARION COUNTY CLERK, )<br>CITY OF INDIANAPOLIS AND MARION COUNTY )<br>INDIANA ELECTION COMMISSION, )<br>STATE OF INDIANA )<br>)<br>Defendants. ) | No. 1:20-cv-01311-JRS-MJD |

### AMENDED COMPLAINT FOR ELECTION FRAUD, CONSPIRACY, LIBEL, POLITICAL PERSECUTION  INTIMIDATION AND EMOTIONAL DISTRESS

I. **The Parties to This Complaint**

    A. **The Plaintiff**

        Pierre Q. Pullins
        6120 Westlake Drive North Apt B
        Indianapolis, Indiana 46224
        317 797 7190
        pierrepullins@gmail.com

    B. **The Defendant(s)**

        Myla Eldridge, In her capacity as the Clerk of Marion County and
        Secretary of the Marion County Election Board, the City of Indianapolis
        and Marion County,
        200 E. Washington Street W122
        Indianapolis, Indiana 46204

        State of Indiana Election Commission
        302 W. Washington Street e204

Indianapolis, Indiana 46204

II. **Basis for Jurisdiction**

    A. **Federal Question:**

        Voting Right Act of 1965
        52 U.S.C. § 10101 et. Seq

        Conspiracy to Interfere with civil rights
        42 U.S.C. § 1985

        Destruction, alteration, or falsification of records in
        Federal Investigations
        18 U.S.C. § 1519 (Not civil, however it needs to be cited because
        of the conduct alleged)

    B. **Tort Claim Notice**

Plaintiff filed a tort claim notice with the Office of Corporation Counsel on October 29, 2018. The Office of Corporation Counsel denied Pullins' claim in an unsigned response dated November 15, 2018 (See attachments)

III. **Statement of Claim**

(Note: Since Pullins began this suit on May 5, 2020, the Marion County Clerk's Office has shut off the link "Open Data Portal" of View Past Election Results on its website. So now a person cannot see that the 2006 election result totals have been removed. No past election results can be viewed on the Marion County Election Board's view Past Election Results as of the filing of this complaint) Now, as of 10/5/2020, the 2006 election results are being restored to the Marion County Election Board's website and only in spreadsheet form. The vote totals from 2006 have been missing since sometime in 2010 until late September, 2020. Now, in anticipation of having to defend this fraud, and a possible criminal investigation, the site is being corrected or "fixed". Pullins believes this is also a crime.

That from May, 2006 to May 2018 the Plaintiff, "Pullins" believes and alleges the past Clerks of Marion County Indiana: Doris Anne Sadler, Elizabeth White; and the present Clerk, Myla Eldridge, falsified the election result totals for the Plaintiff in every primary election for federal office, and possibly other candidates in past elections, in order to humiliate and marginalize

2

him for filing complaints against judicial officers, running against the Late Honorable Julia Carson and calling into question the personal conduct of Congressman Andre Carson and making it a campaign issue in 2018. Pullins also believes his June, 2020 election result totals were also falsified.

## Background

On February 20, 2008 Pullins filed an elections fraud complaint with the Marion County Election Board. Pullins provided his analysis of how the 2006 Democratic primary election for the Seventh Congressional was fraudulent. Then Clerk, Elizabeth White, never responded to the complaint. However, those 2006 election result totals were removed from the Marion County Election Board's website sometime in 2010 under Clerk Elizabeth White and have been missing from the Marion County Election Board's website for the last ten (10) years.

## The 2018 Democratic Primary Election for the Seventh Congressional District and Conspiracy to Help Protect Congressman Andre Carson

Pullins believes and alleges that Clerk Eldridge, along with three news organizations: the Indianapolis Star, the Indianapolis Recorder and Urban One's radio station WTLC (specifically A.M. 1310) conspired with the Andre Carson for Congress campaign to suppress Pullins voice and vote totals. During the primary campaign of 2018, Pullins demanded on Facebook postings, and call-in radio programs that Representative Carson answer questions about whether or not the Congressman had any complaints filed against him and if any taxpayer monies had been used to settle any claims against him. The Indianapolis Star edited the aforementioned question out from Pullins comments in its 2018 online election guide. The Indianapolis Recorder, a newspaper that serves the African-American community in Indianapolis, interviewed the other Democratic candidates running against Rep. Carson, but did not

interview Pullins and printed that he was unavailable at press time. Urban One's WTLC allowed the other Democrat candidates running against Rep. Carson to be on the "Community Connnection" show as guests but excluded Pullins. Pullins believes and alleges that the aforementioned conspired to keep Pullins off of their platforms to shield Rep. Carson from negative press or questions about his conduct in order to affect the outcome of the Democratic primary election for the Seventh Congressional election. Pullins believes and alleges that Clerk Myla Eldridge brought this conspiracy home by falsifying his vote totals (approximately 250 votes) and two other candidates vote totals. Pullins also alleges he was threatened by a city employee who works in the Department of Public Works under Dan Parker, a former Democratic Chairman. During the campaign the employee told Pullins he was, "fucking with people that could make him disappear". Pullins reported the threat to the Indianapolis Metropolitan Police Department and the City of Indianapolis Human Resources Department. Pullins doesn't believe IMPD investigated the threat. Pullins has filed election fraud complaints with the State of Indiana and, in the past, the Indiana State Police neither organization responded. Urban One's WTLC and the Indianapolis Recorder used their platforms (newspaper and FCC license) to target the African-American community (Race) for this disinformation campaign to affect the outcome of an election for federal office.

## COUNT I

## ELECTION FRAUD

Pullins reiterates the paragraphs in his statement of the claim and claims the Marion County Clerk, Myla Eldrige falsified his vote totals in the May, 2018 primary election for U.S. Representitive.

4

## COUNT II

## CONSPIRACY

Pullins reiterates the paragraphs in his statement of the claim. Pullins believes and claims that Myla Eldridge entered into a conspiracy with the Carson campaign, WTLC, the Indianapolis Recorder and Indianapolis Star to suppress the vote totals and voice of the Plaintiff Pierre Pullins.

## COUNT III

## LIBEL

Pullins reiterates the paragraphs in his statement of the claim. That Pullins believes and alleges that Myla Eldridge published false vote totals to marginalize Pullins.

## COUNT IV

## POLITICAL PERSECUTION

Pullins reiterates the paragraphs in his statement of the claim.

## COUNT V

## INTIMIDATION

Pullins reiterates the paragraphs in his statement of the claim. A city of Indianapolis employee (N.R.) who works for Dan Parker, in the Department of Public Works, told Pullins he was, "F___ing with people that could make him (Pullins) disappear"

## COUNT VI

## EMOTIONAL DISTRESS

Pullins reiterates the paragraphs in his statement of the claim. The aforementioned acts alleged to have been committed have caused the Plaintiff financial and emotional problems.

### IV. Relief

The removal of the 2006 election result totals from the Marion County Election Board's website after Pullins filed his first election fraud complaint in 2008, and now, the disabling of the site so that none of vote totals can be seen is fraudulent and Pullins believes this is proof that the totals cannot be trusted and are fraudulent. The humiliation of the fraudulent election result totals has cost Pullins personal friendships, professional development, emotional distress and depression. This situation has cost Pullins approximately $5,000 to $10,000. USD in lost wages. Given the seriousness of committing election fraud Pullins seeks $50,000,000.00 USD in punitive damages.

Dated 10/5/20 20

Respectfully Submitted,

/s/ Pierre Q. Pullins

_____

Pierre Q. Pullins
6120 Westlake Drive N. Apt. B
Indianapolis, Indiana 46224
317 797 7190
pierrepullins@yahoo.com



INDIANAPOLIS

November 15, 2018

Pierre Quincy Pullins
6120 Westlake Dr. N.
Apt. B
Indianapolis, IN 46224

    Re: Tort Claim Notice: Pullins, Pierre Quincy 18-T-2126

Pierre Quincy Pullins:

    The Office of Corporation Counsel has completed its investigation of your notice of tort claim. Having reviewed your notice and the applicable law, including Indiana Code ch. 34-13-3, we have determined that there is no evidence that the Consolidated City of Indianapolis and Marion County is liable for your claimed damages. Your claim is therefore denied.

Sincerely,

Office of Corporation Counsel



THE CITY OF
INDIANAPOLIS

Office of Corporation Counsel
200 E. Washington Street, Room 1601
Indianapolis, IN 46204
Phone: 317.327.4055
www.indy.gov