UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PIERRE Q. PULLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:20-cv-01311-JRS-MJD |
| | ) |
| MYLA ELDRIDGE, et al. | ) |
| | ) |
| Defendants. | ) |

**The Municipal Defendants' Motion to Dismiss**

Myla Eldridge, the Marion County Election Board, the Marion County Clerk, the City of Indianapolis, and Marion County, by counsel, respectfully request that the Court dismiss the claims asserted against them in the amended complaint filed by Plaintiff Pierre Q. Pullins for the reasons set forth in their Brief in Support of Motion to Dismiss.

Respectfully submitted,

  /s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana   46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: andrew.upchurch@indy.gov

## Certificate of Service

I certify that this document was filed electronically on December 28, 2020. Service will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

I also certify that a copy of the foregoing shall be served on the following party via U.S. mail:

Pierre Q. Pullins
6120 Westlake Drive N.
Apt. B
Indianapolis, IN 46224

/s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
andrew.upchurch@indy.gov