## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| PIERRE Q. PULLINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MYLA ELDRIDGE in her capacity as Secretary of )<br>State, MARION COUNTY ELECTION BOARD, )<br>INDIANA ELECTION COMMISSION, )<br>MARION COUNTY CLERK, CITY OF )<br>INDIANAPOLIS, and STATE OF INDIANA, )<br>)<br>Defendants. ) | Case No. 1:20-cv-01311-JRS-MJD |

## STATE DEFENDANTS' MOTION TO DISMISS

Defendants State of Indiana, and the Indiana Election Division ("State Defendants"), move to dismiss this case because this court lacks subject matter jurisdiction, plaintiff has not properly served the State Defendants and has failed to state a claim against the State Defendants. Additionally, Plaintiff's claims are barred by the Eleventh Amendment of the United States Constitution.

For this reason and those described in the accompanying brief in support of this motion, the defendants respectfully request that the Court grant this motion and dismiss all claims against them.

    Respectfully submitted,

    Theodore E. Rokita
    Attorney General of Indiana
    Attorney number: 18857-49

By:    Parvinder K. Nijjar
    Deputy Attorney General
    Attorney No. 33811-41

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-2339
Fax: (317) 232-7979
Parvinder.Nijjar@atg.in.gov