UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PIERRE Q. PULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-01311-JRS-MJD |
| | ) | |
| MYLA ELDRIDGE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**The Municipal Defendants' Motion to Dismiss**

Myla Eldridge, the Marion County Election Board, the Marion County Clerk, the City of Indianapolis, and Marion County ("Municipal Defendant"), by counsel, respectfully request that the Court dismiss the claims asserted against them in the amended complaint filed by Plaintiff Pierre Q. Pullins for the reasons set forth in their Brief in Support of Motion to Dismiss.

                                                          Respectfully submitted,

                                                  /s/ Andrew J. Upchurch
                                                  Andrew J. Upchurch (30174-49)
                                                  Deputy Chief Litigation Counsel
                                                  Office of Corporation Counsel
                                                  200 East Washington Street, Room 1601
                                                  Indianapolis, Indiana   46204
                                                  Telephone: (317) 327-4055
                                                  Fax: (317) 327-3968
                                                  E-Mail: andrew.upchurch@indy.gov

## Certificate of Service

I certify that this document was filed electronically on September 9, 2021. Service will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

I also certify that a copy of the foregoing was served via Certified Mail on the following party on September 9, 2021:

>Pierre Q. Pullins
>6120 Westlake Drive N.
>Apt. B
>Indianapolis, IN 46224

>/s/ Andrew J. Upchurch
>Andrew J. Upchurch (30174-49)
>Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
andrew.upchurch@indy.gov