# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| PIERRE Q. PULLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-01311-JRS-MJD |
| | ) |
| MYLA ELDRIDGE in her capacity | ) |
| as Secretary, MARION COUNTY | ) |
| ELECTION BOARD, | ) |
| INDIANA ELECTION COMMISSION, | ) |
| MARION COUNTY CLERK, CITY OF | ) |
| INDIANAPOLIS, and STATE OF INDIANA, | ) |
| | ) |
| Defendants. | ) |

## STATE DEFENDANTS' MOTION TO DISMISS

Defendants, State of Indiana and the Indiana Election Commission ("State Defendants"), by counsel, move to dismiss this case because this court lacks subject matter jurisdiction, Plaintiff has not properly served the State Defendants, and Plaintiff has failed to state a claim against the State Defendants. Additionally, Plaintiff's claims are barred by the Eleventh Amendment of the United States Constitution.

For these reasons, and those described in the accompanying brief in support of this motion, the defendants respectfully request that the Court grant this motion and dismiss all claims against them.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney number: 18857-49

By: Courtney L. Abshire
Deputy Attorney General
Attorney No. 35800-49

Office of Indiana Attorney General Todd Rokita
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-7019
Fax: (317) 232-7979
Courtney.Abshire@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and electronically served all CM/ECF registered counsel.  I further certify that on September 10, 2021, the foregoing was mailed, by United States Postal Service, first-class postage prepaid, the document to the following non CM/ECF participants:

    Pierre Q. Pullins
    6120 Westlake Dr. N
    Apt. B
    Indianapolis, IN 46224


                                                          By:   Courtney L. Abshire
                                                                     Deputy Attorney General


OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Fl.
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-7019
Fax:    (317) 232-7979
E-mail:  Courtney.Abshire@atg.in.gov