UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PIERRE Q. PULLINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:20-cv-01311-JRS-MJD |
| MYLA ELDRIDGE,<br>in her capacity as Secretary,<br>MARION COUNTY ELECTION BOARD,<br>INDIANA ELECTION COMMISSION,<br>MARION COUNTY CLERK,<br>CITY OF INDIANAPOLIS, and STATE OF INDIANA | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**Judgment**

This action is dismissed for failure to state a claim upon which relief can be granted and for lack of subject matter jurisdiction. Plaintiff's claims arising under 52 U.S.C. § 10101 (the Voting Rights Act) and 18 U.S.C. § 1519 are **dismissed with prejudice**. All claims against the Indiana Election Commission and the State of Indiana are **dismissed with prejudice**. Plaintiff's § 1985 claims against Myla Eldridge (in her official capacity), the Marion County Election Board, the Marion County Clerk, and the City of Indianapolis are **dismissed with prejudice**. All claims of "election fraud" arising under federal law are **dismissed with prejudice**. Plaintiff's remaining state law claims are **dismissed with prejudice**. This is a final judgment under Federal Rule of Civil Procedure 58. This case is closed.

Date:09/26/2022

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*

Deputy Clerk, U.S. District Court

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution by U.S. mail:

Pierre Q. Pullins
6120 Westlake Drive N.
Apt. B
Indianapolis, IN 46224

Distribution to registered counsel of record via CM/ECF.