UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PIERRE PULLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:20-cv-01311-JRS-MJD |
| | ) |
| | ) |
| MYLA ELDRIDGE, | ) |
| In her capacity as Secretary, | ) |
| MARION COUNTY ELECTION BOARD, | ) |
| and MARION COUNTY CLERK, | ) |
| CITY OF INDIANAPOLIS and MARION | ) |
| COUNTY, and STATE OF INDIANA | ) |

**FILED**
10/24/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**NOTICE OF APPEAL**

Notice is hereby given that Pierre Q. Pullins, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment entered in this action on 9/26/2022.

Dated: 10/24/2022

Respectfully submitted,

*/s/ Pierre Q. Pulllins*
_____
Pierre Q. Pullins
6120 Westlake Drive North Apt. B
Indianapolis, Indiana 46224
317 797 7190
pierrepullins@yahoo.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 24, 2022, I filed the foregoing **NOTICE OF APPEAL** electronically with the Clerk of the Court at the United States District Court for the Southern District by email address and the Defendant's representatives by email and First Class Mail at:

    Andrew J. Upchurch (30174-49)
    Deputy Chief Litigation Counsel
    Office of Corporation Counsel
    200 East Washington Street, Room 1601
    Indianapolis, Indiana 46204
    317 327 4055
    andrew.upchurch@indy.gov


    Theodore Rokita
    Attorney General
    Office of the Indiana Attorney General
    Indiana Government Center South, 5th Floor
    302 West Washington Street
    Indianapolis, IN 46204-2770
    317 234 2339